# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| RONNIE MIKEL BROWN,<br>    Petitioner,<br><br>v.<br><br>WARDEN, FCI Pekin,<br>    Respondent. | Case No. 1:26-cv-1054-JEH |

## Order

Before the Court is Petitioner Brown's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). After reviewing the Petition pursuant to 28 U.S.C. § 2243 and Rules 1(b) and 4 of the Rules Governing Section 2254 Proceedings, the Court finds a response is warranted.

**THEREFORE, IT IS ORDERED:**

1) Respondent has thirty (30) days to file a response to the Petition;

2) After Respondent has filed its response, Petitioner may file any traverse or reply to Respondent's response within thirty (30) days after service of Respondent's response on him. The Court warns Petitioner that if he does not reply to the response, pursuant to 28 U.S.C. § 2248, the Court will take the factual allegations in the response to the Writ of habeas corpus as true except to the extent that the judge finds from the evidence that they are not true; and

3) Petitioner must immediately notify the Court of any change in his mailing address. If Petitioner does not notify the Court of any change in mailing address the Court may dismiss this case with prejudice.

Entered on February 10, 2026

s/Jonathan E. Hawley
U.S. DISTRICT JUDGE